# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of :

Harris H. & Arise L. Johnson

                              Case Number: 98-53792-swr

                              Chapter 7

_____debtor(s)\_\_ /

## ORDER DENYING APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

An Application for Payment from Unclaimed Funds by <u>Dilks & Knopic, LLC on behalf of Resurgent Capital Services, LP</u>, having been filed on June 1, 2009, and upon further review proper documentation required has not been provided as requested. **Now Therefore;**

**IT IS ORDERED** that the Application for Payment from Unclaimed Funds dated June 1, 2009, is **DENIED** because of the failure to provide adequate documentation as to the right to the claim**.**

**Signed on August 03, 2010**

                                                                              /s/ Steven Rhodes
                                                                              **Steven Rhodes**

**United States Bankruptcy Judge**